**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>JULIA R HERRMANN<br><br>Debtor(s) | Case No. 12-28473 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/18/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/07/2012.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,320.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:   $319.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALEX RIVERA | Priority | 380.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 331.99 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 2,347.52 | 2,347.52 | 0.00 | 0.00 |
| CANDIS ROBINSON | Priority | 155.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY SYSTEMS | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| CARLA GARIPPO | Priority | 400.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECIEVABLES | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 4,476.03 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE COMMUNICATION | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 134.35 | NA | NA | 0.00 | 0.00 |
| CRISTAL MURPHY | Priority | 50.00 | NA | NA | 0.00 | 0.00 |
| CSCOAS15 | Unsecured | 4,326.03 | NA | NA | 0.00 | 0.00 |
| CSCOAS15 | Unsecured | 23.32 | NA | NA | 0.00 | 0.00 |
| DANIELA BOLINE | Priority | 120.00 | NA | NA | 0.00 | 0.00 |
| DIANA SOJDA | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| EARLY INTERVENTION | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 149.28 | NA | NA | 0.00 | 0.00 |
| FIDELITY INCO CORP | Unsecured | 5,953.00 | 6,156.84 | 6,156.84 | 0.00 | 0.00 |
| FIRST AMERICAN BANK | Unsecured | 1,535.79 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 275.26 | NA | NA | 0.00 | 0.00 |
| GENESIS SANDOVAL | Priority | 1,080.00 | NA | NA | 0.00 | 0.00 |
| HILTON HOTELS LLC | Unsecured | 46,017.87 | 46,224.87 | 46,224.87 | 0.00 | 0.00 |
| INDIA KHAN | Priority | 195.00 | NA | NA | 0.00 | 0.00 |
| JASMINE QUINTANA | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| JOHNA GUZMAN | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| KAROLINA PODGORNY | Priority | 955.00 | NA | NA | 0.00 | 0.00 |
| KAROLINA TYLKA | Priority | 305.00 | NA | NA | 0.00 | 0.00 |
| KELSEY BUTLER | Priority | 350.00 | NA | NA | 0.00 | 0.00 |
| LAURA CAROLINA SALADO | Priority | 325.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LINDSEY MORAN | Priority | 995.00 | NA | NA | 0.00 | 0.00 |
| LUIZA TUKAEVA | Priority | 60.00 | NA | NA | 0.00 | 0.00 |
| MARIA SERGEEVA | Priority | 380.00 | NA | NA | 0.00 | 0.00 |
| MARQUITA WILLIAMS | Priority | 160.00 | NA | NA | 0.00 | 0.00 |
| MEGHAN BESTLER | Priority | 275.00 | NA | NA | 0.00 | 0.00 |
| MELANEE ALLEGO | Priority | 160.00 | NA | NA | 0.00 | 0.00 |
| MERCANTILE ADJUSTMENT BUREAU | Unsecured | 312.69 | NA | NA | 0.00 | 0.00 |
| MICHAELA KREBS | Priority | 560.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 329.51 | 340.76 | 340.76 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,441.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| MONICA KOSZAREK | Priority | 320.00 | NA | NA | 0.00 | 0.00 |
| NCO PORTFOLIO MGMT | Unsecured | NA | 938.02 | 938.02 | 0.00 | 0.00 |
| NORTHWESTERN FACULTY FOUNDA | Unsecured | 4,125.94 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 803.85 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN BANK | Unsecured | 429.51 | NA | NA | 0.00 | 0.00 |
| REBECCA SOLIS | Priority | 125.00 | NA | NA | 0.00 | 0.00 |
| SHALLAMAR MARCHIONE | Priority | 400.00 | NA | NA | 0.00 | 0.00 |
| SNEZHANA IVANOVA | Priority | 100.00 | NA | NA | 0.00 | 0.00 |
| STEPHANIE CONDAS | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| STEPHANIE GARCIA | Priority | 325.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 184.11 | 184.11 | 0.00 | 0.00 |
| USA WIRELESS SATELLITE TV | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| VALENTIN BERMAN MD & ASSOC | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS | Unsecured | NA | 445.61 | 445.61 | 0.00 | 0.00 |
| WENDY REYES | Priority | 151.00 | NA | NA | 0.00 | 0.00 |
| WILLIAMS & FUDGE | Unsecured | 5,249.04 | NA | NA | 0.00 | 0.00 |
| YEKTERINA TIMOFEYEVA | Priority | 220.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$56,637.73** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/19/2013                                   By: /s/ Tom Vaughn
                                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**